IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARDELLA JABARA** | : | CIVIL ACTION NO. 1:12-CV-1833 |
|   Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
|         v. | : | |
| | : | |
| **JUSTIN LANG and P&B** | : | |
| **TRANSPORTATION, INC.** | : | |
|   Third-Party Plaintiffs/Defendants | : | |
| | : | |
|         v. | : | |
| | : | |
| **TRINITY TRANSPORTATION** | : | |
| **GROUP, et al.** | : | |
|   Third-Party Defendants | : | |

## O R D E R

Before the Court in the captioned action is a December 10, 2013 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, on this 6th day of January, 2014, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) The Third-Party Defendants' Motion for Summary Judgment (Doc. No. 82) is **DENIED**.

3) The above-captioned action is **REFERRED BACK** to Chief Magistrate Judge Carlson for pre-trial management, including the disposition of any pending motions.

                                            s/ Yvette Kane
                                            YVETTE KANE, District Judge
                                            United States District Court
                                            Middle District of Pennsylvania