IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARDELLA JABARA, | : | |
| Plaintiff | : | **CIVIL ACTION NO.** |
| | : | 1:12-CV-1833 |
| | : | |
| v. | : | Judge Kane |
| | : | |
| JUSTIN W. LANG, | : | |
| Defendant | : | |
| | : | |

# AMENDED
# CASE MANAGEMENT ORDER

**AND NOW,** this 24TH day of February, 2014, **IT IS HEREBY ORDERED** that the Report and Recommendation of Magistrate Judge Martin C. Carlson is **ADOPTED** and that the following deadlines will now apply in this case:

| | |
|---|---|
| Local Rule 16.3 - Attorney Conference and Exchange of Proposed Jury Instructions: On or before: | **March 31, 2014** |
| Motions In Limine Due: | **April 7, 2014** |
| Pretrial Memoranda Due: | **April 14, 2014** |
| *Proposed Jury Charge, Proposed Voir Dire Questions and Objections to Proposed Jury Charge: | **April 14, 2014** |
| Pretrial and Settlement Conference: | **April 16, 2014 - 2:00 PM** |
| Trial Brief Due: | **April 30, 2014** |
| Trial: | **May 5, 2014 - 1:30 PM** |

 * The parties are directed to review the model jury charge regarding the claims in question at www.ca3.uscourts.gov . Counsel shall submit proposed jury instructions only to the extent that they differ from those found at www.ca3.uscourts.gov.

1

The captioned case is placed on the **MAY** trial list.  Jury selection for trials on the **MAY** list will commence at 1:30 p.m. on **May 5, 2014**,  in Courtroom No. 4, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.  Trials will commence following the completion of jury selections.  Counsel should note that criminal matters take priority and may delay the beginning of the civil trial list.  Unless otherwise ordered, the cases will be tried in order of the docket numbers, with the earliest docket numbers going first and continuing to the most recent docket number.  Non-jury matters will be tried last.  Counsel should be aware that settlements, etc., will often reduce the actual number of cases for trial as the date approaches, and counsel should be prepared to go to trial on 24 hours notice.  Counsel may contact the court one week prior to the scheduled jury selection to determine the approximate starting date.  However, counsel should be aware that the trial list may change drastically; therefore, counsel shall be prepared to go to trial at any point during the trial term.

If the parties intend to use depositions at trial in place of live testimony, they shall review the depositions prior to the time of trial.  If there are objections which cannot be resolved among counsel, said objections and copies of the relevant depositions shall be submitted to the court at least fifteen (15) days prior to trial.  Where counsel have failed to meet the time requirement in this paragraph, the court may, in its discretion, deem the objections withdrawn.  If the deposition to be used are videotaped, a transcript must be provided to the court in advance of trial.

If a party intends to introduce 15 or more exhibits into evidence, that party shall provide the court with two hard copies of all exhibits in 3-ring binders at the beginning of jury selection for that case.

All parties are expected to use presentation technology available in the courtroom to display evidence to the jury. Training on the equipment shall be arranged well in advance of trial with the courtroom deputy and/or systems team member. See

"General Information" link on the district website at www.pamd.uscourts.gov.  **Please read thoroughly the "Notice to All Courtroom Technology Users" as well as the section on "Jury Evidence Recording System [JERS]."**

6.13 <u>JERS System</u>. Counsel shall provide in electronic format any exhibits of documents, photographs, videos and any other evidence that may be reduced to an electronic file, for the use of Court Personnel and JERS during trial, <u>five (5) business days before jury selection</u>.  Documents and photographs shall be in .pdf, .jpg, .bmp, .tif, or .gif format; video and audio recordings shall be in .avi, .wmv, .mpg, .wma, or .wav format. Each electronic exhibit shall be saved as a separate, independent file, and provided to the Court on a storage device, such as cd, dvd, or flash drive. Exhibits filed shall be named consistent with their order and name on the exhibit list.

> (Exh number)-(Exh part)_(Exh Description).(File Extension)
> For Example:
> 1-1_ Picture of house.jpg
> 1-2_ Picture of dog.jpg
> 2_Copy of Mortgage.pdf

Exhibits submitted in this manner are for the use of the jury during deliberations.

Whenever any civil action scheduled for jury trial is settled or otherwise disposed of in advance of the actual trial, jurors' costs, including mileage and per diem, shall be assessed equally against the parties unless the Clerk's Office at the place the trial is to be held is notified of the settlement in sufficient time to permit the Clerk to

advise the jurors that their attendance will not be necessary.  Notice to such Clerk's Office before 2:00 p.m. on the last business day preceding the day on which the trial of the action is to start shall be adequate for such purpose.

Dated:   February 24, 2014                                 _____s/ *Yvette Kane*_____
                                                                           YVETTE KANE, Judge
                                                                           Middle District of Pennsylvania